United States District Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ROSENDO JOSEPH ROSALES, III, and LEO C. BUTLER, JR., <br><br>    Plaintiffs, <br><br> v. <br><br> INDUSTRIAL SALES & SERVICES, LLC, <br><br>    Defendant. | Civil Action No. 6:20-CV-00030 |

# FINAL JUDGMENT

In accordance with the Findings of Fact & Conclusions of Law signed by the Court on this date, the Court finds that Plaintiffs shall take nothing by their claims against Defendant, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiffs is denied. All allowable and reasonable costs of court are taxed against Plaintiffs. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT.**

Signed on March 30, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**